IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Sandy Olive | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:17-cv-00402-L |
| | § | |
| Delta Group Electronics | § | |
| | § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Sandy Olive ("Plaintiff") and Defendant Delta Group Electronics ("Defendant"), through their undersigned counsel, stipulate and agree that all claims in this matter that Plaintiff has asserted against Defendant are hereby dismissed with prejudice and on the merits, without costs or attorneys' fees against any party and without rights of appeal.

Respectfully submitted,

 /s/ Karen K. Fitzgerald
Karen K. Fitzgerald
State Bar No. 11656750
karen@jtlaw.com
JOHNSTON TOBEY BARUCH P.C.
3308 Oak Grove
Dallas, TX 75204
PH: (214) 265-9958
FX: (214) 741-6248

ATTORNEY FOR PLAINTIFF


  /s/ David A. Scott
Robert A. Bragalone

       State Bar No. 02855850
BBragalone@gordonrees.com
David A. Scott
State Bar No. 17894515
DScott@gordonrees.com
Gordon & Rees Scully Manshukhani, LLP
2100 Ross Avenue, Suite 2800
Dallas TX 75201
214.231.4660 Telephone
214.461.4053 Facsimile

ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Northern District of Texas, on June 7, 2017, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Karen K. Fitzgerald*